AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
06/03/2025
Clerk, U.S. District Court
Western District of Texas

By: __FMorales__
Deputy

| | |
|---|---|
| USA | § |
|  | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:25-M -03019(1) - MAT |
|  | § |
| (1) SAMUEL SOTO-MEDRANO | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 31, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326(a)**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: "The DEFENDANT, Samuel SOTO-Medrano, an alien to the United States and a citizen of Mexico was found approximately 1 mile east of the Ysleta Port of Entry in El Paso, Texas in the Western District of Texas. From statements made by the

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me,

/s/ RODRIGUEZ, LUIS E.
Signature of Complainant
Border Patrol Agent

June 03, 2025                                        at   EL PASO, Texas
Date                                                      City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN AT 2:00 P.M.**
**FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:25-M -03019(1)

WESTERN DISTRICT OF TEXAS

(1) SAMUEL SOTO-MEDRANO

FACTS (CONTINUED)

DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally. The DEFENDANT has been previously removed from the United States to Mexico on January 17, 2025 through Harlingen, Texas. The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.


IMMIGRATION HISTORY:
The DEFENDANT has been removed 5 time(s), the last one being to MEXICO on January 17, 2025, through HARLINGEN, TX

CRIMINAL HISTORY:
06/24/2004, Houston, MS, DUI(M), CNV, 5 days.
10/13/2016, BROWNSVILLE, TEXAS, 8 USC 1325A1(M), CNV, 3 DAYS CONFINEMENT, $10 SPECIAL ASSESSMENT.
12/31/2023, CHICKASAW, MISSISSIPPI, DUI(M), ACC, DISPOSITION NOT PROVIDED.
01/02/2025, VARDAMAN, MISSISSIPPI, PROHIBITION AGAINST DISCHARGE OF FIREARMS/EXPLOSIVES SETTING FIRES, UTTERING THREATING ABUSIVE LANGUAGE(M), ACC, DISPOSITION NOT PROVIDED.
01/02/2025, VARDAMAN, MISSISSIPPI, CONTROLLED SUBSTANCE ILLEGAL POSSESSION(F), ACC, DISPOSITION NOT PROVIDED.
01/03/2025, MEMPHIS, TENNESSE, 8 USC 1326(F), ACC, DISPOSITION NOT PROVIDED.